```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FISCHER & MANDELL LLP,

                Plaintiff,

-v-

CITIBANK, N.A.,

                Defendant.

No. 09 Civ. 6916 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on Friday, September 25, 2009, the Court hereby adopts the following briefing schedule:

    Defendant Citibank, N.A. shall file its motion to dismiss and accompanying memorandum of law no later than October 30, 2009.

    Plaintiff Fischer & Mandell LLP shall file its opposition memorandum no later than November 30, 2009.

    Defendant Citibank, N.A. shall file its reply memorandum no later than December 10, 2009.

The parties are reminded to adhere to my Individual Practices, Rule 2, regarding the provision of courtesy copies to chambers and the proper page length of the various memoranda.

SO ORDERED.

Dated:    September 25, 2009
              New York, New York

                                          RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE